**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
**WESTERN DIVISION**

| | |
|---|---|
| **RAINA L. LOEFER.,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**KIMBERLY CRAVEN, ATTORNEY GENERAL OF CRST, IN HER OFFICIAL CAPACITY; RYMAN LEBEAU, CHAIRMAN OF CRST, IN HIS OFFICIAL CAPACITY; AND JUDGE BRENDA CLAYMORE, CHIEF JUDGE CRST, IN HER OFFICIAL CAPACITY,**<br><br>**Defendants.** | **3:26-CV-03023-RAL**<br><br>**REPORT AND RECOMMENDATION ON DISMISSAL OF RESPONDENT** |

Raina L. Loefer ("Loefer") petitions for a writ of habeas corpus under 25 U.S.C. § 1303, challenging—on constitutional grounds—a tribal exclusion order.[1] Her petition also seeks declaratory and injunctive relief with respect to the order.[2]

Loefer named Julian Arron, CRST's police chief, as a defendant in his official capacity.[3] He should be dismissed. Arron does not have authority over Loefer's alleged custody or detention nor the power to grant her the relief she seeks.[4]

[1] Dkt. No. 1, at 7.
[2] Dkt. No. 1, at 7.
[3] Dkt. No. 1, at 1.
[4] *See Poodry v. Tonawanda Band of Seneca Indians*, 85 F.3d 874, 899–900 (2d Cir. 1996).

## RECOMMENDATION

For the reasons stated and those discussed in the Court's companion order filed today, and based on the record now before the Court, it is

RECOMMENDED that Arron be dismissed as a defendant.

## NOTICE

The parties have 14 calendar days after service of this report and recommendation to object.[5] Failure to timely object will waive the parties' right to appeal questions of fact unless an extension of time for cause is later obtained.[6] Objections must "identify[] those issues on which further review is desired."[7]

DATED this 27 day of October 2026.

**BY THE COURT:**

**MARK A. MORENO**
**UNITED STATES MAGISTRATE JUDGE**

---

[5] 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

[6] *Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990) (per curiam); *Nash v. Black*, 781 F.2d 665, 667 & n.3 (8th Cir. 1986).

[7] *Nash*, 781 F.2d at 667 (quoting *Thomas v. Arn*, 474 U.S. 140, 155 (1985)).