UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| RAINA L. LOEFER,<br><br>Plaintiff,<br><br>vs.<br><br>KIMBERLY CRAVEN, ATTORNEY GENERAL OF CRST, IN HER OFFICIAL CAPACITY; JULIAN ARRON, CHIEF OF POLICE OF CRST; IN HIS OFFICIAL CAPACITY; RYMAN LEBEAU, CHAIRMAN OF CRST; IN HIS OFFICIAL CAPACITY; AND JUDGE BRENDA CLAYMORE, CHIEF JUDGE CHEYENNE RIVER SIOUX TRIBE; IN HER OFFICIAL CAPACITY;<br><br>Defendants. | 3:26-CV-03023-RAL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Magistrate Judge Mark A. Moreno issued a report and recommendation on October 27, 2026, recommending that Julian Arron, the Cheyenne River Sioux Tribe's Chief of Police, be dismissed from this case brought by Petitioner Raina L. Loefer. Doc. 11. Judge Moreno concluded that Chief Arron does not have authority over Loefer's alleged custody or the power to grant the relief she seeks. Id. The report and recommendation alerted Loefer that she had 14 days after service to object, and this period has now passed without Loefer filing any objections.

This Court has reviewed the report and recommendation and finds no errors of law within it. Given the absence of timely objection, this Court need not review the facts de novo. Thompson v. Nix, 897 F.2d 356, 357–58 (8th Cir. 1990) (per curiam). For good cause, it is

ORDERED that the Report and Recommendation, Doc. 11, is adopted. It is further

ORDERED that Julian Arron is dismissed as a defendant.

DATED this 17th day of November, 2026.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE